# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 12, 2026

In re:

Ho Wan Kwok

           Debtor*

Case Number: 22−50073 jam
Chapter: 11

Luc A. Despins, Chapter 11 Trustee

           Plaintiff(s)

v.

Gettr USA, Inc.

           Defendant(s)

Adversary Proceeding
No.: 24−05252 jam

### NOTICE OF HEARING ON APPENDIX M MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this adversary proceeding. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014−1(m), a hearing will be held on **May 19, 2026** at **01:00 PM** at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** to consider and act upon the following matter(s):

> Motion for Default Judgment by the Court pursuant to Fed. R. Civ. P. 55 (b)(2) and Fed. R. Bankr. P. 7055 against Gettr USA, Inc. Filed by Erin Ryan on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff. (ECF No. 34) (the "Movant(s)") (the "Matter")

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

In accordance with D. Conn. Bankr. L.R. 2002−1(a), 9036−1 and Appendix A, service of this Notice of Hearing upon parties who are CM/ECF Filers and/or have consented to electronic service, is made via the Court's CM/ECF System. The Notice of Electronic Filing ("NEF") of this Notice of Hearing generated by the Court's CM/ECF System shall be deemed to be a certificate of service in accordance with Appendix A, Section 4(c).

Dated: May 12, 2026

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − lw